UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-21408-CIV-WILLIAMS

CMG CONDO FUND LLC.,

    Plaintiff,

vs.

SHAUN DONOVAN, SECRETARY,
UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT, et al.,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Motion to Withdraw as Counsel of Record for Defendants, Kendall Lake Towers Condominium Association, Inc. and Universal Property Management & Consultants, and Request to Stop Electronic Notice (DE 22). Upon review of the record and the Motion, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED**. Andrew Cuevas, Esq. and the law firm of Cuevas, Ortiz & Cubas, P.A., are hereby terminated as counsel of record for Defendants Kendall Lake Towers Condominium Association, Inc. and Universal Property Management & Consultants, Inc.

An entity may not appear *pro se* and may appear and be heard only through counsel admitted to practice before this Court. See *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, Defendants Kendall Lake Towers Condominium Association, Inc. and Universal Property Management & Consultants, Inc. shall retain legal counsel and notify the Court by **January 3, 2014.**

**DONE AND ORDERED** in chambers in Miami, Florida, this 27 day of November, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE