UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21408-CIV-WILLIAMS

CMG CONDO FUND LLC,

    Plaintiff,

v.

SHAUN DONOVAN, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, KENDALL LAKE TOWERS CONDOMINIUM ASSOCIATION, INC, and UNIVERSAL PROPERTY MANAGEMENT & CONSULTANTS, INC.,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

**COMES NOW,** Plaintiff, CMG CONDO FUND LLC (hereinafter referred to as "CMG"), by and through its undersigned counsel, hereby files this Motion for Leave to Amend Plaintiff's Complaint, and in support thereof alleges as follows:

1. On April 12, 2013, Plaintiff filed the instant action in State Court.

2. On April 22, 2013, HUD filed a Notice of Removal to Federal Court.

3. On June 20, 2013, HUD filed a Motion for Leave to file a substituted Motion to Dismiss Count I of Plaintiff's Complaint as Moot.

4. This Court granted HUD leave to amend the Motion to Dismiss and deemed the substituted Motion to Dismiss Plaintiff's Complaint as Moot filed as of November 29, 2013.

5. HUD's Motion to Dismiss argues that Plaintiff's Complaint for Specific Performance (for the Property to be transferred to Plaintiff pursuant to a binding Contract) is

moot as HUD no longer has control of the Property and HUD transferred it to Bank of America during this pending litigation. Notwithstanding Plaintiff's properly recorded Lis Pendens, Plaintiff has now learned that in addition to the transfer to BOA, the Property was again sold to a fourth-party purchaser.

6. Pursuant to the Lis Pendens filed at the outset of this case, this Court retains control of the Property and this case is not moot as the Lis Pendens will be sufficient to enforce the Contract against the subsequent purchasers who have all taken title subject to Plaintiff's Lis Pendens. Plaintiff's inquiry into HUD's transfer of the Property to Bank of America revealed facts that form the basis of new causes of actions against HUD, Bank of America, and Oslaine Cano Munoz, the last known purchaser of the Property from Bank of America. See a copy of the Amended Complaint attached hereto as Exhibit A.

7. Federal Rule of Civil Procedure 15 provides that:

(2) *Other Amendments.* In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

8. In this case, there is no reason why this Court should not grant Plaintiff leave to amend its Complaint considering the facts that have transpired subsequent to the filing of this case.

9. The undersigned has contacted counsel for HUD who is opposed to the relief requested in this Motion. The Amended Complaint does not change any count against Defendants Kendall Lake Towers Condominium Association, Inc. and Universal Property Management & Consultants, Inc.

**WHEREFORE**, CMG respectfully requests this Honorable Court to enter an Order allowing Plaintiff to file the Amended Complaint attached hereto as Exhibit A, and any further remedy as this Court deems just and proper.

### RULE 7.1(A)(3) CERTIFICATE

I HEREBY certify that I have conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and have been unable to do so.

**DATED:** February 7, 2014.

Respectfully submitted,

/s/Ross D. Kulberg
ROSS D. KULBERG
FBN: 44398
GIACOMO BOSSA
FBN: 97817
service@anmpa.com
**MORIS & ASSOCIATES**
8700 W. Flagler Street, Suite 120
Miami, Florida 33174
Telephone No: (305) 559-1600
Facsimile No: (305) 229-2272
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2014, I filed the foregoing document with the Clerk of Court, using the CM/ECF system.

/s/Ross D. Kulberg